# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. YOASH GOHIL,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. INC.; AVENTIS, INC., AVENTIS PHARMACEUTICALS, INC., and JOHN DOES #1-50, FICTITIOUS NAMES,<br><br>Defendants. | No. 02-cv-2964 (LFS) |

## **NOTICE OF NEW AUTHORITY**

Plaintiff/Relator Yoash Gohil ("Plaintiff") hereby files this Notice of New Authority to bring to the Court's attention a recent decision from the United States Court of Appeals for the Third Circuit, *Foglia v. Renal Ventures Management, LLC*, No. 12-4050 (3d Cir. June 10, 2014) (A copy is attached hereto as Ex. A).

In *Foglia*, a False Claims Act suit declined by the United States, the Third Circuit clarified the pleading standard under Federal Rule of Civil Procedure 9(b). Specifically, the Court of Appeals rejected the suggestion that an FCA plaintiff must show "representative samples" of alleged fraudulent conduct and "specify[] the time, place, and content of the acts and the identity of the actors." *Id.* at 6. Instead, the Court of Appeals confirmed, in this Circuit "it is sufficient for a plaintiff to allege particular details of a scheme to submit false claims paired with reliable indicia that lead to a strong inference that claims were actually submitted." *Id.* (quotation and internal citations omitted). This is fully consistent with the argument advanced by Relators in opposition to the Motion to Dismiss.

Respectfully submitted,

*s/ Stephen M. Orlofsky*
BLANK ROME LLP
A Pennsylvania LLP
STEPHEN M. ORLOFSKY (Pa. ID 31633)
NICHOLAS C. HARBIST (Pa. ID 35210)
DAVID C. KISTLER (*Pro Hac Vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500

CARL D. POPLAR, P.A.
CARL D. POPLAR (*Pro Hac Vice*)
1010 Kings Highway South, Building 2
Cherry Hill, NJ 08034
(856) 216-9979

Dated: June 11, 2014

*Attorneys for Plaintiff/Relator,
Yoash Gohil*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2014, I caused a true and correct copy of the foregoing Notice of New Authority to be served via the Court's electronic case filing system on the following counsel of record:

Michael L. Koon
Robert J. McCully
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

    and

Richard L. Scheff
Ellen C. Brotman
Jennifer L. Herbst
Michael B. Hayes
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109

*Attorneys for Defendants Sanofi-Aventis U.S. Inc., Aventis, Inc., and Aventis Pharmaceuticals, Inc.*

                                                        */s/ Stephen M. Orlofsky*
                                                        STEPHEN M. ORLOFSKY