# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. YOASH GOHIL | :<br>:<br>: | |
| Plaintiff/Gohil, | :<br>: | NO. 02-CV-2964 |
| v. | :<br>: | |
| SANOFI-AVENTIS U.S., INC., AVENTIS, INC.,<br>AVENTIS PHARMACEUTICALS, INC.,<br>and JOHN DOES #1-50, FICTITIOUS<br>NAMES, | :<br>:<br>:<br>:<br>: | |
| Defendants. | : | |

## DEFENDANTS' RESPONSE TO PLAINTIFF/RELATOR'S NOTICE OF NEW AUTHORITY

On June 11, 2014, Plaintiff/Relator Yoash Gohil filed a pleading entitled "Notice of New Authority" (Dkt. # 121), and attached a copy of the June 10, 2014 Third Circuit Court of Appeals decision in *Foglia v. Renal Ventures Management, LLC*, Case No. 12-4050. While the Third Circuit confirmed a Rule 9(b) pleading standard that does not require "representative samples" of alleged fraudulent conduct, the *Foglia* holding does not detract in the least from Defendants' arguments for dismissal put forward at both the February 19, 2014 hearing in this matter and in Defendants' Supplemental Memorandum in Further Support of Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. #118). The *Foglia* decision did not fix Plaintiff/Relator's Second Amended Complaint, and its failure to "allege particular details of a scheme to submit false claims paired with reliable indicia that lead to a strong inference that claims were actually submitted," *Foglia,* at 6. The Complaint should be dismissed pursuant to Fed. R. Civ. P. 9(b), and the other bases put forth in Defendants' Motion to Dismiss (Dkt. # 91, 97, 109, 118).

6374437 v1

Respectfully submitted,

Dated: June 13, 2014        s/ Robert J. McCully
                            Robert J. McCully
                            Shook, Hardy & Bacon, LLP
                            2555 Grand Boulevard
                            Kansas City, MO  64105
                            (816) 559-2191

                            Richard L. Scheff (PA I.D. # 35213)
                            Michael Hayes (PA I.D. # 84985)
                            MONTGOMERY, MCCRACKEN,
                             WALKER & RHOADS, LLP
                            123 South Broad Street
                            Philadelphia, PA  19109

                            *Counsel for Defendants sanofi-aventis U.S., Inc.,
                            Aventis, Inc., and Aventis Pharmaceuticals Inc.*

# **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system; it has been sent to the following persons via the Court's electronic filing system on this 13th day of June, 2014:

Susan Bricklin
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Susan.bricklin@usdoj.gov

Stephen M. Orlofsky
Nicholas Harbist
David Kistler
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
orlofsky@blankrome.com

Carl D. Poplar
Carl D. Poplar, P.A.
1010 Kings Highway South, Building 2
Cherry Hill, NJ 08034
cpoplar@poplarlaw.com

                                               s/ Robert J. McCully
                                               Robert J. McCully