# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel. YOASH GOHIL, | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 02-2964 |
| | : | |
| SANOFI-AVENTIS U.S., INC., | : | |
| AVENTIS, INC., AVENTIS | : | |
| PHARMACEUTICALS, INC., | : | |
| and JOHN DOES #1-50, | : | |
| FICTITIOUS NAMES, | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 9th day of January, 2017, upon consideration of the defendants' motion for partial judgment on the pleadings (Document #183), the relator's response thereto (Document #185), and the defendants' reply (Document #186), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.