IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| ex rel. YOASH GOHIL, | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 02-2964 |
| | : | |
| SANOFI-AVENTIS U.S., INC., et al., | : | |
|     Defendants | : | |

### O R D E R

**AND NOW**, this 21st day of May, 2018, upon consideration of the relator's motion to compel (Document #228), the defendant's response thereto (Document #230), the relator's reply brief (Document #231), the defendant's sur-reply, and after a conference with counsel, IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part, as follows:

    1. The defendant shall make every effort to locate and produce within thirty days of the date of this Order, for *in camera* review, any additional documents withheld from their discovery productions to date that relate to any investigation, inquiry, or review made in response to FDA communications and warnings to the defendant, or otherwise relate to the defendant's responses to FDA communications and warnings, as well as a supplemental privilege log.

    2. The defendant shall make every effort to locate and produce within thirty days of the date of this Order, for *in camera* review, any additional documents withheld from their discovery productions to date relating to Elaine Decembrino or Linda Connelly withheld on the basis of privilege, as well as a supplemental privilege log.

3.  The relator's request to depose the defendant's former in-house attorneys Terrence Green and Mark Feingold is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.
