

Carrie Sarhangi Love
Direct T 267.780.2011  F 215.405.9070
clove@armstrongteasdale.com

FILED

JAN 0 3 2020

KATE BARKMAN, Clerk
By_____Dep. Clerk

January 3, 2020

**THIS LETTER ENCLOSES
ELECTRONIC COPIES OF
DOCUMENTS FILED UNDER SEAL
PURSUANT TO COURT ORDER**

**Via Hand Delivery**

Clerk, United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  *U.S. ex rel. Yoash Gohil v. Sanofi U.S.* Services Inc., et al., Civil Action No. 2:02-cv-02964

To Whom It May Concern:

Pursuant to Judge Brody's attached December 30, 2019 Order in the above captioned case, Defendants enclose a USB drive containing electronic copies of all exhibits filed in support of their Opposition to Plaintiff/Relator's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment and related briefing.

Please exercise caution in processing this envelope and the USB drive enclosed within.

Respectfully,

*Carrie Love*

Carrie Love

CSL/jw
Enclosure

cc:  Counsel of Record (e-mail, without enclosure)
     Hon. Anita B. Brody (hand delivery, without enclosure)