# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ex rel. YOASH GOHIL, : : | |
| Plaintiff/Relator. : | CIVIL ACTION |
| : | No. 02-2964 |
| v. : | |
| : | |
| SANOFI U.S. SERVICES INC. et al., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 4th day of March, 2020, it is **ORDERED** that:

1. Relator's Motion for Partial Summary Judgment (ECF No. 296) is **DENIED**.

2. Defendants' Cross-Motion for Partial Summary Judgment (ECF No. 302) is also **DENIED**.

3. In light of the fact that the parties may soon file additional motions for summary judgment, the Court will issue its explanation for these denials at the same time that it resolves any subsequently filed summary judgment motions.

                         s/ ANITA B. BRODY, J.
                         ANITA B. BRODY, J.

Copies **VIA ECF  03/04/2020**