# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ex rel. YOASH GOHIL, : <br>       Plaintiff/Relator. : <br> : <br> v. : <br> : <br> SANOFI U.S. SERVICES INC. et al., : <br>       Defendants. : | CIVIL ACTION <br> No. 02-2964 |

## ORDER

**AND NOW**, this 16th day of April, 2020, it is **ORDERED** that Aventis's Motion for Reconsideration (ECF No. 372) is **DENIED** without prejudice. Aventis may submit another motion for reconsideration, if it chooses to do so. Any such motion must be filed **on or before April 23, 2020, no later than noon EST.**

                                        __s/ ANITA B. BRODY, J.____
                                        ANITA B. BRODY, J.

Copies **VIA ECF  04/16/2020**