# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. YOASH GOHIL, <br><br> Plaintiff/Relator, <br><br> v. <br><br> SANOFI U.S. SERVICES, INC. et al., <br><br> Defendants. | No. 02-CV-2964 <br><br> Hon. Anita B. Brody |

## MOTION FOR SUMMARY JUDGMENT

Defendants Sanofi U.S. Services, Inc., Aventis, Inc., and Aventisub, LLC (collectively, "Defendants" or "Aventis") move the Court to enter the Proposed Order granting summary judgment in their favor under Federal Rule of Civil Procedure 56 on all counts of Plaintiff-Relator's Third Amended Qui Tam Complaint. The grounds for this Motion are set forth in the Memorandum of Law filed contemporaneously in support of the Motion.

Respectfully submitted,

Dated: April 20, 2020

*/s/ Richard L. Scheff*
Richard L. Scheff (PA ID #35213)
Carrie Sarhangi Love (PA ID #202846)
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Tel: 267.780.2010

Robert J. McCully
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816.559.2191

*Counsel for Defendants Sanofi U.S. Services, Inc., Aventis, Inc., and Aventisub, LLC*