# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES ex rel. YOASH GOHIL, | : : | |
| Plaintiff/Relator. | : : | CIVIL ACTION No. 02-2964 |
| v. | : : | |
| SANOFI U.S. SERVICES INC. et al., Defendants. | : : | |

## ORDER

**AND NOW**, this 12th day of November, 2020, it is **ORDERED** that Defendant Aventis's Motion for Summary Judgment (ECF No. 394) is **GRANTED** in part and **DENIED** in part as follows:

- Defendant's Motion is **GRANTED** with respect to the False Advertising claim;

- Defendant's Motion is **GRANTED** with respect to the Preceptorships Scheme;

- Defendant's Motion is **GRANTED** with respect to the Ad Hoc Kickbacks Scheme, expect as related to Aventis's provision of meals and gift baskets;

- Defendant's Motion is **DENIED** with respect to the Advisory Boards Scheme;

- Defendant's Motion is **DENIED** with respect to the Speaker Programs Scheme;

- Defendant's Motion is **DENIED** with respect to the Education Grants Scheme;

- Defendant's Motion is **DENIED** with respect to the Aventis's provision of meals and gift baskets.

                                               s/ANITA B. BRODY, J.
                                               ANITA B. BRODY, J.

Copies sent **VIA ECF**