

300 Carnegie Center | Suite 220 | Princeton, NJ 08540
A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

Phone:   (609) 750-2646
Fax:     (609) 897-7286
Email:   orlofsky@blankrome.com

April 21, 2021

**BY ECF AND E-MAIL**

Honorable Anita B. Brody
United States District Judge
United States District Court for the
    Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    *U.S. ex rel. Gohil v. Sanofi U.S. Services Inc., et al.*, C.A. No. 02-2964

Dear Judge Brody:

    This is a joint letter of counsel for the parties.

    The parties have identified several aspects of the Court's Civil Jury Trial Scheduling Order (ECF #447) that require clarification. Specifically:

1. The Order requires Plaintiff to file his Pretrial Memorandum and related submissions (including his witness list, objections to witnesses and exhibits, and objections to proposed videotaped/read-in testimony) on July 1, 2021, and it requires the parties to exchange exhibits not later than the same date. Plaintiff cannot serve objections on that date, however, to disclosures that Defendants may not make until that date (or, in the case of witnesses, a week later).

2. The Order does not include deadlines by which the parties must designate videotaped or read-in deposition testimony, though objections must be included in the Pretrial Memoranda.

# BLANKROME

Honorable Anita B. Brody
April 21, 2021
Page 2

    3.    The Order requires that motions in limine be filed before either side has served exhibit and witness lists.

To resolve these questions, the parties jointly propose amendments to the Civil Jury Trial Scheduling Order as follows:

    1.    We propose that <u>both</u> Plaintiff and Defendants be required to submit their Pretrial Memoranda, <u>including</u> videotape/transcript designations, but <u>excluding</u> objections, on or before July 1, 2021.

    2.    We propose that <u>both</u> Plaintiff and Defendants be required to submit any objections to proposed exhibits, witnesses or videotape/transcript designations, along with any motions in limine, on or before July 22, 2021.

    3.    We propose that oppositions to motions in limine be filed on or before August 6, 2021, and that any replies be filed on or before August 13, 2021.

This proposal would not impact the current trial date of September 20, 2021, but it would facilitate an orderly identification of proposed trial evidence and objections thereto.

A proposed Order reflecting the agreement of the Parties is attached for Your Honor's consideration. We respectfully request that the Order be entered.

Thank you for your consideration of this request.

    Respectfully,

    */s/Stephen M. Orlofsky*
    Stephen M. Orlofsky
    *Counsel for Relator*

    */s/Richard L. Scheff*
    Richard L. Scheff
    *Counsel for Defendants*

Attachment