# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. YOASH GOHIL, <br><br> Plaintiff/Relator, <br><br> vs. <br><br> SANOFI U.S. SERVICES INC., et al. <br><br> Defendants. | No. 02-cv-2964 |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On November 5, 2021, Relator Yoash Gohil ("Relator") and Defendants Sanofi U.S. Services, Inc., Aventis, Inc., and AventiSub LLC ("Defendants"), collectively "the Parties," filed a Joint Notice of Stipulation and Consent to Voluntary Dismissal of Relator's Civil Action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action in light of the settlement the parties have reached, provided dismissal is without prejudice to the United States.

Dated:  November 5, 2021

Respectfully submitted,

JENNIFER A. WILLIAMS
Acting United States Attorney

/s/ Gregory B. David
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Joel M. Sweet
JOEL M. SWEET
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8581/8598 (telephone)
215-861-8618 (facsimile)
joel.sweet@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General


<u>/s/ Amy D. Kossak</u>
JAMIE ANN YAVELBERG
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 616-2856
Amy.D.Kossak@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Consent to Dismissal was electronically filed and served on all counsel of record through the Clerk of the Court's CM/ECF system and electronic mail.

Dated: November 5, 2021              /s/ Joel M. Sweet_____
                                     JOEL M. SWEET
                                     Assistant United States Attorney