## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. YOASH GOHIL, <br><br>              Plaintiff/Relator, <br><br>    vs. <br><br> SANOFI U.S. SERVICES INC., et al., <br><br>               Defendants. | No. 02-cv-2964 |

## ORDER

**AND NOW**, this 8th day of November, 2021, upon consideration of the Joint Notice of Stipulation and Consent to Voluntary Dismissal filed by Relator Yoash Gohil and Defendants Sanofi U.S. Services, Inc., Aventis, Inc., and Aventisub, LLC (collectively, "Aventis") (ECF No. 453), and of the United States' Notice of Consent to Dismissal (ECF No. 454), it is **ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), all claims asserted by Relator Gohil against Aventis in the Third Amended Complaint (ECF No. 134) are **DISMISSED WITH PREJUDICE** as to Relator Gohil and **WITHOUT PREJUDICE** as to the United States; and

2. The Clerk of Court shall mark this case **CLOSED**.


                                  __s/ANITA B. BRODY, J.____
                                  ANITA B. BRODY, J.

COPIES **VIA ECF**